NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANCES PHILLIPS, Respondent, v. HERMAN PHILLIPS, Appellant.— Order modified by reducing the amount of alimony to be paid by the defendant to plaintiff for her support and maintenance to the sum of six dollars per week, and counsel fee to the sum of fifty dollars, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LILA POLSTEIN, by JACQUES POLSTEIN, Guardian ad Litem, Appellant, v. PHILIP L. SMITH and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ECONOMY STEEL & TOOL CO., INC., Appellant, v. HARTFORD FIRE INSURANCE COMPANY and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Assignment for the Benefit of Creditors of ABRAHAM KIRSCHNER to MYER GREEN and Others, Assignees, Appellants. KOSCO REALTY CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LAURA P. FISHER, Respondent, v. ALFRED S. BOURNE, Appellant, by Original Summons, and ALFRED S. BOURNE, Appellant, v. CHARLTON & Co. and LAURA P. FISHER, Respondents, by Counterclaim.— Order so far as appealed from modified by providing that the motion to dismiss the first and second partial defenses and counterclaims be granted without leave to plead over on a breach of warranty theory, but with leave to plead anew in other respects, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. The answer as so amended to be served within ten days from date of entry of order. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LAURA P. FISHER, Respondent, v. ALFRED S. BOURNE, Appellant, by Original Summons, and ALFRED S. BOURNE, Appellant, v. CHARLTON & Co. and LAURA P. FISHER, Respondents, by Counterclaim.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANCES KING, Respondent, v. BRUCE BARTON, Appellant.— Order so far as appealed from modified by granting motion only as to items 4 and 5, and item 25 as to amount only, and as so modified affirmed, without costs. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of KENNETH MARSHALL on Behalf of Himself, etc., for Leave to Intervene and to Cause the Filing of a Bond in the Matter of the Estate of MORTON BROCK MARSHALL, Deceased.— Order affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [146 Misc. 601.]